UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x    Docket No.: 08 CV 4248 (KMK)(MDF)

STEVEN M. SHERMAN,

                                Plaintiff,          **STIPULATION EXTENDING TIME
        -against-                                    TO ANSWER**

TOWN OF CHESTER, THE TOWN BOARD,
WILLIAM TULLY, EDWIN J. GARLING, LESLIE
DOTSON, and GARLING ASSOCIATES,

                                Defendants.

-------------------------------------------------x

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the

respective parties herein, that the defendants TOWN OF CHESTER, THE TOWN BOARD, and

WILLIAM TULLY's time to appear, answer or move with respect to the Complaint in this

action is extended up to and including June 30, 2008.

Dated: Mineola, New York
       May 29, 2008

MICHAEL D. DIEDERICH, JR.              MIRANDA SOKOLOFF SAMBURSKY
Attorney for the Plaintiff              SLONE VERVENIOTIS LLP
361 Route 210                           Attorneys for Defendants
Stony Point, New York 10980             Town of Chester, The Town Board and
(845) 942-0795                          William Tully
                                        240 Mineola Boulevard
                                        Mineola, New York 11501
                                        (516) 741-7676
                                        File No.: 08-239

By: _____          By: _____
    Michael D. Diederich  (MD 2097)        Steven C. Stern  (SS 2573)

SO ORDERED:

_____
U.S.D.J.