05/29/2008 16:47  8459420796                                                    PAGE 01/01
05-29-2008  04:00PM  FROM-DLHKGR PLLC                 8455611235   T-914  P.002/002  F-594

SJG/ev

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEVEN M. SHERMAN,

                Plaintiff,         **STIPULATION EXTENDING**
                                   **TIME TO ANSWER**

   -against-                       Case No.: 08 CIV 4248 (KMK)(MDF)

TOWN OF CHESTER, THE TOWN BOARD,
WILLIAM TULLY, EDWIN J. GARLING,
LESLIE DOTSON, and GARLING ASSOCIATES,

                Defendants.
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in this action, that the time for the defendants, EDWIN J. GARLING, LESLIE DOTSON, and GARLING ASSOCIATES, to answer the plaintiff's complaint has been extended until June 30, 2008.

Dated: May 29, 2008

By: MICHAEL D. DIEDERICH, JR. (MD 2097)
Attorney for Plaintiff
361 Route 210
Stony Point, New York 10980
Tel. No.: (845) 942-0795

By: STEPHEN J. GABA (SG 3160)
DRAKE, LOEB, HELLER, et al.
Attorneys for Defendant
555 Hudson Valley Ave., Suite 100
New Windsor, New York 12553
Tel. No.: (845) 561-0550

SO ORDERED: _____
HON. KENNETH M. KARAS

June 2, 2008
White Plains, NY

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

DRAKE LOEB HELLER KENNEDY GOGERTY GABA & RODD PLLC
555 HUDSON VALLEY AVENUE, SUITE 100, NEW WINDSOR, NEW YORK 12553
PHONE: 845-561-0550