05/29/2008 12:41 6455420756
MAY-29-2008 12:12 MSSSV LLP P.002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x  Docket No.: 08 CV 4248 (KMK)(MDF)
STEVEN M. SHERMAN,

                Plaintiff,  **STIPULATION EXTENDING TIME**
-against-  **TO ANSWER**

TOWN OF CHESTER, THE TOWN BOARD,
WILLIAM TULLY, EDWIN J. GARLING, LESLIE
DOTSON, and GARLING ASSOCIATES,

                Defendants.
------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that the defendants TOWN OF CHESTER, THE TOWN BOARD, and WILLIAM TULLY's time to appear, answer or move with respect to the Complaint in this action is extended up to and including June 30, 2008.

Dated: Mineola, New York
       May 29, 2008

| | |
|---|---|
| MICHAEL D. DIEDERICH, JR.<br>Attorney for the Plaintiff<br>361 Route 210<br>Stony Point, New York 10980<br>(845) 942-0795 | MIRANDA SOKOLOFF SAMBURSKY<br>SLONE VERVENIOTIS LLP<br>Attorneys for Defendants<br>Town of Chester, The Town Board and<br>William Tully<br>240 Mineola Boulevard<br>Mineola, New York 11501<br>(516) 741-7676<br>File No.: 08-239 |
| By: _____<br>Michael D. Diederich (MD 2097) | By: _____<br>Steven C. Stern (SS 2573) |

SO ORDERED:

_____
U.S.D.J.  6/19/08

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

1 of 1