UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEVEN M. SHERMAN,

                Plaintiff,        ANSWER FOR DEFENDANTS
   -against-                           EDWIN J. GARLING, LESLIE DOTSON,
                                          AND GARLING ASSOCIATES

TOWN OF CHESTER, THE TOWN BOARD,
WILLIAM TULLY, EDWIN J. GARLING,    Case No.: 08 CIV 4248 (KMK)(MDF)
LESLIE DOTSON, and GARLING ASSOCIATES,

                Defendant.
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, STEPHEN J. GABA, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age, and reside at Newburgh, New York.

    2.    I hereby certify that on June 27, 2008, I served a true copy of the annexed Answer to Second Amended Complaint in the following manner:

By e-filing same with the United States District Court, Southern District of New York and by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the address of the addressee(s) as indicated below:

TO:    MICHAEL D. DIEDERICH, JR., ESQ.,
        *Attorney for Plaintiff*
        361 Route 210
        Stony Point, New York 10980

        MIRANDA, SOKOLOFF, SAMBURSKY
        SLONE & VERVENIOUS, LLP
        *Attorney for Co-Defendants,*
        *Town of Chester, The Town Board and*
        *William Tully,*
        240 Mineola Boulevard
        Mineola, New York 11501

                                                _____
                                                STEPHEN J. GABA (SG-3160)